IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CAMILLA BROWN<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 18-18160-AMC |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

  CAMILLA BROWN
  535 EAST CARVER STREET
  PHILADELPHIA, PA 19120

B. and by electronic service only:

Creditor

  SN SERVICING CORPORATION
  323 FIFTH ST
  EUREKA, CA 95501

Debtor's Attorney

  MICHAEL A. CIBIK, ESQ.
  1500 WALNUT STREET
  SUITE 900
  PHILADELPHIA, PA 19102

Dated: 2/22/2024

/s/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CAMILLA BROWN<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 18-18160-AMC |

**CERTIFICATE OF SERVICE**

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    CAMILLA BROWN
    535 EAST CARVER STREET
    PHILADELPHIA, PA  19120

B. and by electronic service only:

Creditor

    SN SERVICING CORPORATION
    323 FIFTH ST
    EUREKA, CA  95501

Debtor's Attorney

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA  19102

Dated:  2/22/2024

        /s/ Kenneth E.West
        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee